UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRIUS AMERICA INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COMAC INVESTMENTS, INC.,<br><br>　　　　　Defendants. | Case No.  15-cv-03462-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 29, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 1, 2016.

DESIGNATION OF EXPERTS: 5/30/16; REBUTTAL: 6/10/16;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/30/16.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 8, 2016;
　　　Opp. Due: April 22, 2016; Reply Due: April 29, 2016;
　　　and set for hearing no later than May 13, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 19, 2016 at 3:30 PM.

COURT TRIAL DATE: August 1, 2016 at 8:30 AM.
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be n/a days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in a settlement conference before a magistrate-judge, however no referral shall be made at this time.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/2/15

_____
SUSAN ILLSTON
United States District Judge