1 | MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
2 | SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
3 | San Francisco, CA 94105-4537
Telephone: 415.979.0400
4 | Facsimile: 415.979.2099

5

Attorneys for Plaintiff SIRIUS AMERICA INSURANCE COMPANY,
6 | as successor in interest to MUTUAL SERVICE CASUALTY
INSURANCE COMPANY
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| SIRIUS AMERICA INSURANCE | Case No. CASE NO. 3:15-CV-03462-SI |
| COMPANY, as successor in interest to | |
| MUTUAL SERVICE CASUALTY | STIPULATION AND [~~PROPOSED~~] ORDER FOR ENTRY OF JUDGMENT |
| INSURANCE COMPANY, | |
| Plaintiff, | Judge:      Susan Illston |
| v. | Complaint Filed:      July 28, 2015 |
| COMAC INVESTMENTS, INC.; DOES 1-10, | |
| Defendant. | |

**STIPULATED ORDER AND FINAL JUDGMENT**

Plaintiff Sirius America Insurance Company ("Sirius") filed its Complaint for declaratory relief and reimbursement. Pursuant to a settlement agreement and release, Sirius and Comac Investments, Inc. ("Comac") have stipulated to a dismissal of the third and fourth causes of action for reimbursement. (Dkt. #30.) The remaining first and second causes of action are for declaratory relief regarding Sirius' duty to defend and indemnify Comac in the Underlying Action, respectively.

Sirius and Comac stipulate to entry of this Stipulated Final Judgment and Order to resolve the remaining matters in dispute in this action between them.

NOW THEREFORE, Plaintiff and Defendant, having requested the Court to enter this Order, and the Court having considered the Order reached between the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1

326447.1 766.37406

**Selman Breitman LLP**
ATTORNEYS AT LAW

1

## FINDINGS

2    1. The Court has jurisdiction over this matter.

3    2. The Complaint alleges that Sirius never had a duty to defend or indemnify Comac as a

4  matter of law in the Underlying Action.

5    3. Defendant admits the facts set forth in Sirius' motion for partial summary judgment,

6  and admits that Sirius never had a duty to defend or indemnify it as a matter of law in the

7  Underlying Action as set forth in Sirius' motion.  (Dkt. #23 - #28.)

8    4. Comac waives all rights to appeal or otherwise challenge or contest the validity of this

9  Order.

10    **SO ORDERED.**

11

12  Dated:   12/1/15
                                        _____
13                                      Hon. Susan Illston, District Judge of the
                                        United States District Court, Northern
14                                      District of California

15

16
     **SO STIPULATED.**
17
     DATED:  November 30, 2015              SELMAN BREITMAN LLP
18

19

20                                         By:  /s/ Mark E. Inbody
                                                MARK E. INBODY
21                                         Attorneys for Plaintiff SIRIUS AMERICA
                                           INSURANCE COMPANY, as successor in
22                                         interest to MUTUAL SERVICE CASUALTY
                                           INSURANCE COMPANY
23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT
CASE NO. 3:15-CV-03462-SI

326447.1 766.37406

1

DATED:  November 30, 2015                    CRAIGIE, MCCARTHY & CLOW

2

3

4                                                    By:  /s/ Peter W. Craigie
                                                          PETER W. CRAIGIE
5                                                   Attorney for Defendant COMAC
                                                    INVESTMENTS, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT
CASE NO. 3:15-CV-03462-SI

Selman Breitman LLP
ATTORNEYS AT LAW

326447.1  766.37406